**[6NOT03]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:05−bk−07824−KSJ
Chapter 7

John Van Ens
2415 Rector Avenue
Orlando, FL 32818

Sylvia Van Ens
2415 Rector Avenue
Orlando, FL 32818

       Debtor(s)       /

NOTICE OF CLAIM FILED BY TRUSTEE

TO: Sears Gold Mastercard

    Pursuant to Fed. R. Bankr. P. 3004, if a creditor fails to file a proof of claim on or before the last day for filing claims, the debtor or trustee may do so in the name of the creditor. In this case, the last day for filing claims is March 9, 2007 . For governmental units, the last day for filing claims is 180 days from July 13, 2005.

NOTICE is hereby given that the trustee filed a claim on your behalf in the above−captioned matter on November 24, 2008 , in the amount of $ 9301.00 (Claim No. 4 ).

    DATED on November 25, 2008

                                            FOR THE COURT
                                            Lee Ann Bennett, Clerk of Court

                                            135 West Central Boulevard Suite 950
                                            Orlando, FL 32801